UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER, | Case No. 5:12-cv-00045-SMM |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| YEVETTE LOIS, et al., | |
| Defendants. | |

___ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ DECISION BY COURT. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order, judgment is entered in favor of Defendants and against Plaintiff. Plaintiff to take nothing, and complaint and action are dismissed WITH PREJUDICE.

Dated: May 17, 2013         By _____
                                Hon. Stephen M. McNamee
                                United States District Judge